

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00063-CR

Kurt **LOPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on March 27, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court